**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: LAUREN M. GARRETT    §    Case No. 18-80649
                            §
                            §
                            §
    Debtor(s)               §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/28/2018.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 07/02/2018.

5) The case was dismissed on 07/12/2018.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 325.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 325.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 29.25 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 29.25 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL | Sec | 6,975.00 | 9,735.00 | 6,975.00 | 61.68 | 234.07 |
| ALLY FINANCIAL | Uns | 7,064.00 | 4,716.81 | 7,476.81 | 0.00 | 0.00 |
| CAR FINANCE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| JEREMY D GARRETT | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| ABILITY RECOVERY SERVICES LLC | Uns | 711.45 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 278.08 | NA | NA | 0.00 | 0.00 |
| ALLIANCE ONE RECEIVABLES | Uns | 397.89 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 699.00 | NA | NA | 0.00 | 0.00 |
| ASHWORTH COLLEGE | Uns | 545.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 228.50 | 1,096.89 | 1,096.89 | 0.00 | 0.00 |
| ATTORNEY NANCY J ALAMIA | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| BELVIDERE DENTAL DESIGNES | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| BELVIDERE SCHOOL DISTRICT 100 | Uns | 1,205.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,893.15 | 968.65 | 968.65 | 0.00 | 0.00 |
| CARSON SMITHFIELD LLC | Uns | 1,533.39 | NA | NA | 0.00 | 0.00 |
| CBE GROUP | Uns | 1,775.74 | NA | NA | 0.00 | 0.00 |
| CEP AMERICAN ILLINOIS LLP / | Uns | 267.07 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CLIENT SERVICES INC | Uns | 601.70 | NA | NA | 0.00 | 0.00 |
| CREDENCE RESOURCE | Uns | 1,096.89 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Uns | 974.98 | 974.98 | 974.98 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 563.18 | 1,281.66 | 1,281.66 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 859.72 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS LLC | Uns | 8,066.03 | 9,633.66 | 9,633.66 | 0.00 | 0.00 |
| EDWARD NOAKES III DMD | Uns | 1,171.03 | NA | NA | 0.00 | 0.00 |
| EGS FINANCIAL CARE INC | Uns | 413.00 | NA | NA | 0.00 | 0.00 |
| ERC | Uns | 1,957.83 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 2,828.37 | 2,828.37 | 2,828.37 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,344.12 | 874.06 | 874.06 | 0.00 | 0.00 |
| FOSTER & GARBUS LLP | Uns | 596.18 | NA | NA | 0.00 | 0.00 |
| FRONTIER BANKRUPTCY DEPT | Uns | 127.98 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSETT STRATEGIES | Uns | 569.85 | NA | NA | 0.00 | 0.00 |
| GENPACT SERVICES LLC | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLLWAY AUTHORITY | Uns | 499.60 | NA | NA | 0.00 | 0.00 |
| INTEGRATED HOMECARE | Uns | 285.16 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOCIATES | Uns | 783.05 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,487.72 | NA | NA | 0.00 | 0.00 |
| KOHLS | Uns | 1,046.08 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Uns | 823.07 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 923.02 | NA | NA | 0.00 | 0.00 |
| MATHERS CLINIC | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL PAIN MANAGEMENT | Uns | 520.66 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 1,533.39 | 1,533.39 | 1,533.39 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 563.18 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 601.70 | 699.28 | 699.28 | 0.00 | 0.00 |
| MILESTONE MASTERCARD | Uns | 569.85 | NA | NA | 0.00 | 0.00 |
| MULFORD DENTAL GROUP | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 422.06 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Uns | 50.54 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,076.63 | 1,166.03 | 1,166.03 | 0.00 | 0.00 |
| NORTHSTAR LOCATION SERVICES | Uns | 2,611.51 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE SYSTEM | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| OSF LIFELINE AMBULANCE LLC | Uns | 963.72 | NA | NA | 0.00 | 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY | Uns | 1,005.50 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,950.17 | 250.50 | 250.50 | 0.00 | 0.00 |
| PUMILIA FAMILY DENTAL | Uns | 330.88 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Uns | 3,281.38 | NA | NA | 0.00 | 0.00 |
| RGS COLLECTIONS INC | Uns | 950.98 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 1,450.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 5.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 750.60 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PAIN CENTER | Uns | 668.31 | 340.92 | 340.92 | 0.00 | 0.00 |
| ROSECRANCE INC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| RUSHMORE SERVICE CENTER | Uns | 874.06 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Uns | 59.80 | NA | NA | 0.00 | 0.00 |
| SLEEP SERVICES | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL CORP | Uns | 1,026.67 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 120.00 | 223.65 | 223.65 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 2,907.28 | 40.00 | 40.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 4,669.12 | 40.00 | 40.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 1,428.48 | 548.07 | 548.07 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 4,669.12 | 40.00 | 40.00 | 0.00 | 0.00 |
| TARGET STORES | Uns | 1,242.07 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Uns | 1,078.10 | NA | NA | 0.00 | 0.00 |
| TIRES PLUS | Uns | 974.98 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF ED / FEDLOAN | Uns | 87,917.76 | NA | NA | 0.00 | 0.00 |
| USCB ACCOUNTS RECEIVABLE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN | Uns | 1,775.74 | 1,741.82 | 1,741.82 | 0.00 | 0.00 |
| WAL-MART | Uns | 566.70 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| JEREMY GARRETT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 0.00 | 613.66 | 613.66 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 712.18 | 712.18 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 40.52 | 40.52 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 10.74 | 10.74 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,975.00 | $ 61.68 | $ 234.07 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,975.00 | $ 61.68 | $ 234.07 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 33,135.84 | $ 0.00 | $ 0.00 |

### Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 29.25 | |
| Disbursements to Creditors | $ 295.75 | |
| **TOTAL DISBURSEMENTS:** | | $ 325.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  09/20/2018            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)